IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $158,000 IN U.S. ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | 1:12-CV-01260 AWI SMS <br><br> ORDER VACATING <br> JANUARY 7, 2013 HEARING <br> AND TAKING MATTER <br> UNDER SUBMISSION <br><br> (Doc. No. 10) |

Currently pending before this Court is a motion to dismiss filed by Claimants Steve Yun Lee and James Choe ("Claimants"). *See* Court's Docket, Doc. No. 10. This motion is set for hearing on January 7, 2013, at 1:30 p.m. in Courtroom 2. The government has filed an opposition, and Claimants have filed a reply. *See id.* Doc. Nos. 20, 21. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. *See* Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 7, 2013, is VACATED, and the parties shall not appear at that time. As of January 7, 2013, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 28, 2012                             _____
                                                        UNITED STATES DISTRICT JUDGE