BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
HEATHER MARDEL JONES
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CV-01260-AWI-SMS |
| Plaintiff, | **STIPULATION TO CONTINUE FRCP RULE 16(b) SCHEDULING ORDER DISCOVERY DATES; ORDER THEREON** |
| v. | |
| APPROXIMATELY $158,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the United States of America, claimants James Choe, Steve Yun Lee, and their counsel of record, as follows:

On April 23, 2013, the parties to this matter submitted their Joint Scheduling Report setting forth the various discovery, disclosure, and dispositive motion dates, as required pursuant to FRCP Rule 16(b);

The parties now jointly agree that to facilitate and complete full discovery and disclosure of said discovery, the discovery and disclosure dates currently set forth in the Joint Scheduling Report and the Court's Scheduling Order issued pursuant thereto should be extended;

As the Court is aware, at the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The Department does not know when funding will be restored by Congress. Absent an appropriation, Department of Justice attorneys and

employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.  That exception is not deemed to include most civil cases. Indeed, the assigned Assistant U.S. Attorney, AUSA Jeffrey A. Spivak, is currently furloughed until appropriations to the Justice Department are restored. Should the lapse of appropriations continue, undersigned counsel for defendant United States of America will be forced to file a motion, on an expedited basis, requesting a continuance of the herein stipulated dates, and as a result, also of the presently scheduled trial.  The United States has expressed its possible need to file such a motion to Claimants' Counsel.  Claimants' Counsel has indicated their intent to oppose such a motion;

However, the parties are able to currently stipulate and propose that the dates set forth in the parties' Joint Scheduling Report and in the Court's May 15, 2013 Scheduling Order (Doc. 29) should be changed to the following dates:

| Discovery Event | Current Date/Deadline | Proposed New Date |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | October 18, 2013 | December 13, 2013 |
| Expert Disclosure | November 8, 2013 | December 27, 2013 |
| Supplemental Expert | November 29, 2013 | January 10, 2014 |
| Expert Discovery Cutoff | January 10, 2014 | February 7, 2014 |
| Non-Dispositive Motion Filing | November 29, 2013 | January 3, 2014 |
| Dispositive Motion Filing | February 14, 2014 | February 21, 2014 |
| Pre-Trial Conference Date | May 9, 2014 | No change |
| Court Trial Date | June 17, 2014 | No change |

DATED: October 16, 2013

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney


 /s/ Heather Mardel Jones for
JEFFREY A. SPIVAK
Assistant United States Attorney

///

| | |
|---|---|
| DATED: October 16, 2013 | /s/ Mark A. Broughton<br>MARK A. BROUGHTON<br>CHRISTINA A. WIDNER<br>Attorneys for Claimants James Choe and Steve Yun Lee<br>(Original signature retained by attorney) |

**IT IS SO ORDERED**

All dates currently set forth in the Court's May 15, 2013 Scheduling Order (Doc. 29) shall be rescheduled to those dates stipulated to by the parties, as set forth hereinabove.

DATED: 10/16/2013           /s/ SANDRA M. SNYDER
                            UNITED STATES MAGISTRATE JUDGE