Jeffrey T. Hammerschmidt, #131113
Mark Broughton, #079822
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Claimants, Steve Yun Lee and James Choe

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>APPROXIMATELY $158,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | **1:12-CV-01260-AWI-SMS**<br><br>**STIPULATION AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and through counsel for the UNITED STATES OF AMERICA, and counsel for CLAIMANTS, as follows:

1.  The United States agrees to limit the subpoena issued to Tae Yang, Inc. to items 3, 8, and 9 listed on Attachment "A" to the subpoena. In the event that the items produced are insufficient, the parties agree that the United States reserves the right to seek additional documentation pursuant to this subpoena.

1

2.       Upon entry of this stipulation as an order, Claimants will request that Motion to Quash Subpoenas to Tae Yang, Inc., Document 36 set for hearing on November 6, 2013 be taken off calendar.

3.       Upon entry of this stipulation as an order, Claimants will mail correspondence to Tae Yang, Inc., indicating that litigation concerning that subpoena has concluded and that the documents subpoenaed by the United States must be produced by November 15, 2013.

DATED:  November 4, 2013              BENJAMIN B. WAGNER
                                      United States Attorney


                                By:      /s/Jeffrey A. Spivak
                                      JEFFREY A. SPIVAK
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff



                                      HAMMERSCHMIDT BROUGHTON LAW
                                      CORPORATION

DATED:  November 4, 2013        By:      /s/Mark A. Broughton           .
                                      MARK A. BROUGHTON,
                                      Attorney for Claimants,
                                      Steve Yun Lee and James Choe


**ORDER**

IT IS SO ORDERED.


Dated: 11/5/2013                      /s/ SANDRA M. SNYDER
                                      THE HONORABLE SANDRA M. SNYDER
                                      United States Magistrate Judge