BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
HEATHER MARDEL JONES
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CV-01260-AWI-SMS |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $158,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the defendant approximately $158,000.00 in U.S. Currency (hereafter "defendant currency") seized on or about February 22, 2012.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on August 2, 2012, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(A), 31 U.S.C. §§ 5317, 5332, and 21 U.S.C. § 881(a)(6).

3. On August 15, 2012, the Clerk issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on August 24, 2012.

4. Beginning on August 8, 2012, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site

www.forfeiture.gov.  A Declaration of Publication was filed on September 13, 2012.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. James Choe

    b. Steve Yun Lee

    c. Lyndon Jin Ahn

    d. Young Kim

    e. Genie Choe

    f. Mark A. Broughton, attorney

6. On September 21, 2012, James Choe and Steve Lee filed their claims to the defendant currency.  Their answer was filed on April 19, 2013.  To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Lyndon Jin Ahn, Young Kim, and Genie Choe on October 24, 2012.  Pursuant to Local Rule 540, the United States and Claimants James Choe and Steve Lee thus join in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Lyndon Jin Ahn, Young Kim, and Genie Choe.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against James Choe, Steve Lee, Lyndon Jin Ahn, Young Kim, Genie Choe, and all other potential claimants.

3. Upon entry of a Final Judgment of Forfeiture herein, $88,000.00 of the defendant approximately $158,000.00 in U.S. Currency, together with any interest that has accrued on the entire $158,000.00, shall be forfeited to the United States pursuant to 18

U.S.C. § 981(a)(1)(A), 31 U.S.C. §§ 5317, 5332, and 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.  Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $70,000.00 of the defendant approximately $158,000.00 in U.S. Currency shall be returned to Claimants James Choe and Steve Lee through their attorney Mark A. Broughton, Hammerschmidt Broughton, Law Corporation, 2445 Capitol Street, Suite 150, Fresno, California 93721, telephone (559) 233-5333.

5.  That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  Claimants agree to waive the provisions of California Civil Code § 1542.

6.  That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on August 2, 2012, the Court finds that there was probable cause for arrest and seizure of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7.  All parties shall bear their own costs and attorney's fees.

8.  The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Stipulation for Final Judgment of Forfeiture and Final Judgment of Forfeiture.

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed August 2, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:   November 25, 2013

SENIOR  DISTRICT  JUDGE